

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2016

No. 04-16-00625-CR

**IN RE** Cornell **DRUMMER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                 Rebeca C. Martinez, Justice
                 Jason Pulliam, Justice

On September 28, 2016, relator filed a motion for leave to file a petition for writ of mandamus and a mandamus petition. The court has considered relator's motion and petition and is of the opinion that the court lacks jurisdiction over the post-conviction matter. Accordingly, relator's motion for leave and mandamus petition are DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on October 12, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Trial Court Cause No. 91-CR-1948A, styled *State v. Cornell Drummer*, in the 144th Judicial District Court, Bexar County, Texas, the Honorable Lorina I. Rummel presiding.